# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

MIDWEST ATHLETICS AND SPORTS
ALLIANCE LLC,
        Plaintiff,

v.

XEROX CORP., et al.,
        Defendants.

**ORDER**
19-CV-6036-EAW-JWF

Before the Court are motions for plaintiff's attorneys Mark A. Baghdassarian, Esq., Lisa Kobialka, Esq., and Cristina Lynn Martinez, Esq., and for defendants' attorneys Eric Hui-Chieh Huang, Esq., and Steven Cherny, Esq. to appear pro hac vice (Docket ## 81, 82, 83, 85, 86) in this case.

It appearing that the attorneys listed above meet the requirements of this Court for admission pro hac vice, and they are in good standing to practice in the State of New York or the State of California and for other good cause shown, it is hereby

ORDERED that the motion for Mark A. Baghdassarian, Esq. of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, to be admitted pro hac vice to represent the plaintiff Midwest Athletics and Sports Alliance LLC, (Docket # 81) is **granted**;

ORDERED that the motion for Lisa Kobialka, Esq. of Kramer Levin Naftalis & Frankel LLP, 990 Menlo Park, CA 94025, to be

admitted pro hac vice to represent the plaintiff Midwest Athletics and Sports Alliance LLC, (Docket # 82) is **granted**;

ORDERED that the motion for Cristina L. Martinez, Esq. of Kramer Levin Naftalis & Frankel LLP, 1177 Avenue of the Americas, New York, NY 10036, to be admitted pro hac vice to represent the plaintiff Midwest Athletics and Sports Alliance LLC, (Docket # 83) is **granted**;

ORDERED that the motion for Eric Hui-chiech Huang, Esq. of Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, to be admitted pro hac vice to represent the defendant Xerox Corp., (Docket # 85) is **granted**;

ORDERED that the motion for Steven Cherny, Esq. of Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, to be admitted pro hac vice to represent the defendant Xerox Corp., (Docket # 86) is **granted**.

**SO ORDERED.**

_____
JONATHAN W. FELDMAN
United States Magistrate Judge

Dated:  February 22, 2019
        Rochester, New York